IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAVOEL LAVELLE BROWN, JR.**                                      **PLAINTIFF**

v.                    **CASE NO. 4:17-CV-00591 BSM**

**ROXANN VANEEKHOVEN**                                         **DEFENDANT**

## ORDER

Plaintiff Tavoel Lavelle Brown, Jr. filed a *pro se* section 1983 complaint [Doc. No. 2] against Roxann Vaneekhoven, district attorney of Cabarrus County, North Carolina, in connection with discovery in his state-court criminal case pending in North Carolina. The interests of justice would be best served by transferring this case to the United States District Court for the Middle District of North Carolina because Vaneekhoven resides there and the events complained of occurred there. 28 U.S.C. § 1406(a); *id.* § 1391(b)(1), (2). Accordingly, the clerk is directed to immediately transfer Brown's case file to the United States District Court for the Middle District of North Carolina, 324 West Market Street, Greensboro, North Carolina 27401-2544.

IT IS SO ORDERED this 19th day of September 2017.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE